# EXHIBIT A

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **20-CI-00371**
Court: **CIRCUIT**
County: **MADISON**

*Plantiff,* **MINERICH LAND & CATTLE COMPANY, LLC VS. ELANCO ANIMAL HEALTH**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

Memo: Related party is ELANCO US INC.

The Commonwealth of Kentucky to Defendant:
**ELANCO US INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **8/17/2020**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______ ______________________________
Served By

______________________________
Title

Summons ID: 268743718699914@00000131909
CIRCUIT: 20-CI-00371 Certified Mail
MINERICH LAND & CATTLE COMPANY, LLC VS. ELANCO ANIMAL HEALTH



eFiled

Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000002 of 000024

COMMONWEALTH OF KENTUCKY
MADISON CIRCUIT COURT
DIVISION ______
CIVIL ACTION NO. 20-CI-___________

*** *ELECTRONICALLY FILED* ***

MINERICH LAND & CATTLE COMPANY, LLC PLAINTIFF

v. **VERIFIED COMPLAINT**

ELANCO ANIMAL HEALTH INCORPORATED; DEFENDANTS
Serve: Secretary of State
150 State Capitol
700 Capital Avenue
Frankfort, KY 40601

*Secretary of State to Serve:*
Corporation Service Company, Rgt. Ag.
135 North Pennsylvania St., Ste. 1610
Indianapolis, IN, 46204

ELANCO US INC.;
Serve: VIA CERTIFIED MAIL
Corporation Service Company, Registered Agent
421 West Main Street
Frankfort, KY 40601

and

MWI VETERINARY SUPPLY CO. d/b/a MWI ANIMAL HEALTH
Serve: VIA CERTIFIED MAIL
C T Corporation System, Registered Agent
306 W Main St
Suite 512
Frankfort, KY 40601

** ** ** **

Comes the Plaintiff, Minerich Land & Cattle Company, LLC, by and through counsel, and for its Verified Complaint against Defendants, Elanco Animal Health Incorporated; Elanco US Inc.; and MWI Veterinary Supply Co. d/b/a MWI Animal Health, states as follows:

Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000003 of 000024

**PARTIES**

1. Plaintiff, Minerich Land & Cattle Company, LLC, is a Kentucky limited liability company whose principal office is located in Madison County, Kentucky.

2. The Defendant, Elanco Animal Health Incorporated, is an Indiana corporation with its principal office located at 2500 Innovation Way, Greenfield, Indiana 46140.

3. The Defendant, Elanco US Inc., is a Delaware corporation with its principal office located at 2500 Innovation Way, Greenfield, Indiana 46140.

4. The Defendant, MWI Veterinary Supply Co. d/b/a MWI Animal Health is an Idaho corporation with its principal office located at 3041 W. Pasadena Drive, Boise, Idaho 83705.

**VENUE**

5. Venue is established under KRS 452.450, as the Defendants are corporations and the damage from their negligence occurred in Madison County, Kentucky.

**FACTUAL BACKGROUND**

6. Plaintiff owned a herd of female Limousin and Lim-Flex cows ("Cattle") which received injections of Scour Bos 9 vaccine manufactured by the Defendants, Elanco Animal Health Incorporated and Elanco US Inc. ("Elanco Defendants") and sold by Defendant, MWI Veterinary Supply Co. d/b/a MWI Animal Health ("MWI"), the

Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000004 of 000024

purchase of which is reflected on the invoice attached as Exhibit "A."

7. The injections were personally supervised by veterinarian Dr. Justin Murray, DVM.

8. Shortly after receiving the injections, in late September 2019, seventy-seven (77) cows in the Cattle began to develop swelling at the site of the injections, with many developing knots ranging from baseball-sized to watermelon-sized at the site of the injections of Scour Bos 9 vaccine.

9. That the seventy-seven (77) cows in the Cattle that developed knots where they received Scour Bos 9 vaccine injections were professionally appraised, and as reflected on the attached Exhibit "B," were appraised at $3,500/head, for a combined total market value of $269,500 for the afflicted cows.

10. After receiving the Scour Bos 9 vaccine injections, the Cattle subsequently had ten (10) calves that were either stillborn or that died shortly after birth, with a combined market value of $10,000.

11. That the veterinarian that treated the Cattle for the knots, lost calves, and other issues stemming from the injections of Scour Bos 9 vaccine wrote a letter stating it was his professional opinion that the Scour Bos 9 vaccine caused the severe reaction and knots in the Cattle, and that a properly manufactured and sterile vaccine should not cause the severe reaction and knots



Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000005 of 000024

that developed in the Cattle, a copy of which is attached hereto and incorporated herein as Exhibit "C."

12. That the Elanco Defendants sent a separate veterinarian, employed or retained by the Elanco Defendants, who inspected Cattle and reached the same conclusions as Plaintiff's veterinarian regarding the Scour Bos 9 vaccine injections causing the knots in the Cattle and their dead calves.

13. The veterinarian bills incurred by the Plaintiff related to the problems stemming from the Scour Bos 9 vaccine injections totaled $2,751.12.

14. That the Plaintiff spent $576.09 to purchase the defective Scour Bos 9 vaccine injections manufactured by the Elanco Defendants from MWI.

15. That in addition to damage to the above-described individual cows and the deceased calves, the problems and disruption of the defective Scour Bos 9 vaccine injections has caused damage to the health and viability of Plaintiff's herd of Cattle as a whole.

**COUNT I – NEGLIGENCE (Elanco)**

16. Plaintiff restates, realleges, and reaffirms all allegations set forth in paragraphs 1 through 15 of this Verified Complaint immediately herein above, the same as if set forth herein at length.

Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000006 of 000024

17. At all times relevant herein, the Elanco Defendants were engaged in the business of manufacturing, marketing, selling, and distributing a vaccine for cattle known as Scour Bos 9, thereby representing to purchasers thereof that said vaccine was safely manufactured, prepared, and packaged, and could be administered to cattle for its intended purpose safely and without danger of injury.

18. The Elanco Defendants had a duty to exercise reasonable care or competence in the manufacture, preparation, packaging, and distribution of a vaccine that was safe for cattle.

19. The Elanco Defendants breached that duty by selling Scour Bos 9 in a defective and/or unreasonably dangerous condition.

20. The Elanco Defendants' breach has caused knots in Plaintiff's Cattle at the site of the Scour Bos 9 injections, the deaths of ten (10) calves, and caused Plaintiff to unnecessarily incur veterinarian fees and expenses treating the afflicted Cattle.

21. As a direct and proximate cause of the Elanco Defendants breaches of duty and their negligence, Plaintiff has suffered compensatory damages in an amount exceeding the minimum jurisdictional amount of this court.

**COUNT II – STRICT PRODUCTS LIABILITY (Elanco)**

22. Plaintiff restates, realleges, and reaffirms all allegations set forth in paragraphs 1 through 21 of this Verified



Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000007 of 000024

Complaint immediately herein above, the same as if set forth herein at length.

23. That Scour Bos 9 is a product.

24. That in a defective condition, Scour Bos 9 is unreasonably dangerous to cattle.

25. The Elanco Defendants had a duty to manufacture, prepare, package, and distribute a vaccine that was safe for cattle.

26. That the Scour Bos 9 manufactured by the Elanco Defendants that Plaintiff purchased for his Cattle was sold to Plaintiff in a defective condition.

27. That the Scour Bos 9 reached Plaintiff's Cattle without substantial change in the condition in which it is sold.

28. That the Elanco Defendants are engaged in the business of selling products like Scour Bos 9.

29. That the Scour Bos 9 sold by the Elanco Defendants resulted in physical harm to the Plaintiff's Cattle.

30. As a direct and proximate result of the physical harm caused by the Scour Bos 9 sold by the Elanco Defendants, Plaintiff has suffered compensatory damages in an amount exceeding the minimum jurisdictional amount of this court.

**COUNT III - BREACH OF EXPRESS WARRANTIES (Elanco)**

31. Plaintiff restates, realleges, and reaffirms all allegations set forth in paragraphs 1 through 30 of this Verified





Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000008 of 000024

Complaint immediately herein above, the same as if set forth herein at length.

32. By virtue of packaging, marketing, and advertising, the Elanco Defendants made express warranties to Plaintiff regarding the Scour Bos 9 vaccine.

33. Plaintiff bought the Scour Bos 9 vaccine in reliance upon the express warranties the Elanco Defendants made regarding the Scour Bos 9 vaccine, specifically that it was an effective and safe vaccine against scours.

34. At the time the Scour Bos 9 was purchased by Plaintiff, the express warranties described above were not true, resulting in a breach of those warranties.

35. Plaintiff's undersigned counsel gave written notice to the Elanco Defendants of the breach of warranty via a letter dated May 21, 2020. Said letter is not included as an Exhibit because it would likely be deemed a confidential settlement communication, but it nevertheless provided written notice to the Elanco Defendants of the breach of express warranty.

36. As a direct and proximate result of Defendants' breach of express warranty, Plaintiff suffered damages in an amount exceeding the minimum jurisdictional amount of this court.



Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000009 of 000024

**COUNT IV - BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY (Elanco)**

37. Plaintiff restates, realleges, and reaffirms all allegations set forth in paragraphs 1 through 36 of this Verified Complaint immediately herein above, the same as if set forth herein at length.

38. In Kentucky, a warranty that the goods shall be merchantable is implied in a contract for their sale if the seller is a merchant with respect to goods of that kind.

39. The Elanco Defendants were a merchant for goods like the Scour Bos 9 vaccine sold to Plaintiff.

40. The Scour Bos 9 that Plaintiff purchased for his cattle that was manufactured and sold by Elanco Defendants caused the knots in Plaintiff's Cattle at the site of the Scour Bos 9 injections and also the deaths of ten (10) calves of the Cattle.

41. The Elanco Defendants therefore breached the implied warranty of merchantability, including, but not limited to, because the Scour Bos 9 was not fit for the ordinary purposes for which such goods are used.

42. As a direct and proximate cause of the Elanco Defendants' breaches of the implied warranty of merchantability, Plaintiff has suffered compensatory damages in an amount exceeding the minimum jurisdictional amount of this court.



Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000010 of 000024

**COUNT V – BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE (Elanco)**

43. Plaintiff restates, realleges, and reaffirms all allegations set forth in paragraphs 1 through 42 of this Verified Complaint immediately herein above, the same as if set forth herein at length.

44. Scours, or calf diarrhea, is a risk to young calves for which cows are vaccinated against.

45. The Elanco Defendants marketed Scour Bos 9 as being fit for the purpose of vaccination against the risks of scours, and manufactured, sold, and distributed Scour Bos 9 for that purpose.

46. Plaintiff purchased Scour Bos 9 to vaccinate its Cattle and their anticipated future calves against scours.

47. The Elanco Defendants knew or had reason to know vaccination against scours was a particular purpose for which the goods are required, and that the Plaintiff was relying on the Elanco Defendants' skill or judgment to select or furnish suitable goods.

48. The Scour Bos 9 vaccine injections to Cattle were personally supervised by veterinarian Dr. Justin Murray, DVM.

49. Seventy-seven (77) cows among Cattle subsequently developed swelling and knots at the sites where they were injected with Scour Bos 9 vaccine.



Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000011 of 000024

50. After receiving the Scour Bos 9 vaccine injections, the Cattle subsequently had ten (10) calves that were either stillborn calves or that died shortly after birth.

51. The Elanco Defendants' Scour Bos 9 directly and proximately caused the knots in the Cattle and the deaths of their calves.

52. As a direct and proximate cause of the Elanco Defendants' breaches of warranty for fitness for a particular purpose, Plaintiff has suffered compensatory damages in an amount exceeding the minimum jurisdictional amount of this court.

**COUNT VI – NEGLIGENCE (MWI)**

53. Plaintiff restates, realleges, and reaffirms all allegations set forth in paragraphs 1 through 52 of this Verified Complaint immediately herein above, the same as if set forth herein at length.

54. At all times relevant herein, MWI was engaged in the business of selling animal health products to consumers like Plaintiff, thereby representing to purchasers thereof that the products they sold were safe, had been properly stored and refrigerated, and could be administered to cattle for their intended purpose safely and without danger of injury.

55. MWI sold Plaintiff the Scour Bos 9 that caused seventy-seven (77) cows in Plaintiff's Cattle to develop knots at the site

Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000012 of 000024

of the Scour Bos 9 injections and the deaths of ten (10) calves of the Cattle.

56. MWI had a duty to exercise reasonable care or competence in the sale, storage, refrigeration, and delivery of the Scour Bos 9 so that was safe for cattle.

57. MWI also had a duty not to sell the Scour Bos 9 if it knew, or should have known, at the time of distribution or sale of such product, that the product was in a defective condition.

58. MWI breached those duties by selling Scour Bos 9 in a defective and/or unreasonably dangerous condition.

59. MWI's breach has caused knots in Plaintiff's Cattle at the site of the Scour Bos 9 injections, the deaths of ten (10) calves, and caused Plaintiff to unnecessarily incur veterinarian fees and expenses treating the afflicted Cattle.

60. As a direct and proximate cause of MWI's breaches of duty and their negligence, Plaintiff has suffered compensatory damages in an amount exceeding the minimum jurisdictional amount of this court.

**COUNT VII – STRICT PRODUCTS LIABILITY (MWI)**

61. Plaintiff restates, realleges, and reaffirms all allegations set forth in paragraphs 1 through 60 of this Verified Complaint immediately herein above, the same as if set forth herein at length.

62. That Scour Bos 9 is a product.



Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000013 of 000024

63. That in a defective condition, Scour Bos 9 is unreasonably dangerous to cattle.

64. MWI had a duty to sell, store, refrigerate, and deliver Scour Bos 9 that was safe for cattle.

65. That the Scour Bos 9 by MWI to Plaintiff for his Cattle was sold to Plaintiff in a defective condition.

66. That MWI had a duty to sell Scour Bos 9 in the same condition as it received it without substantial change in the condition, which would include a duty for proper storage, refrigeration, and delivery of said product.

67. That MWI are engaged in the business of selling products like Scour Bos 9.

68. That the Scour Bos 9 sold by MWI resulted in physical harm to the Plaintiff's Cattle.

69. As a direct and proximate result of the physical harm caused by the Scour Bos 9 sold by MWI, Plaintiff has suffered compensatory damages in an amount exceeding the minimum jurisdictional amount of this court.

**COUNT VIII - BREACH OF EXPRESS WARRANTIES (MWI)**

70. Plaintiff restates, realleges, and reaffirms all allegations set forth in paragraphs 1 through 69 of this Verified Complaint immediately herein above, the same as if set forth herein at length.



Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000014 of 000024

71. MWI made express warranties to Plaintiff regarding the Scour Bos 9 vaccine.

72. Plaintiff bought the Scour Bos 9 vaccine in reliance upon the express warranties MWI made regarding the Scour Bos 9 vaccine, specifically that it was an effective and safe vaccine against scours.

73. At the time the Scour Bos 9 was purchased by Plaintiff, the express warranties described above were not true, resulting in a breach of those warranties.

74. As a direct and proximate result of MWI's breach of express warranty, Plaintiff suffered damages in an amount exceeding the minimum jurisdictional amount of this court.

**COUNT IX – BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY (MWI)**

75. Plaintiff restates, realleges, and reaffirms all allegations set forth in paragraphs 1 through 74 of this Verified Complaint immediately herein above, the same as if set forth herein at length.

76. In Kentucky, a warranty that the goods shall be merchantable is implied in a contract for their sale if the seller is a merchant with respect to goods of that kind.

77. MWI was a merchant for goods like the Scour Bos 9 vaccine it sold to Plaintiff.



Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000015 of 000024

)

78. The Scour Bos 9 that Plaintiff purchased for his cattle from MWI caused the knots in Plaintiff's Cattle at the site of the Scour Bos 9 injections and also the deaths of ten (10) calves of the Cattle.

79. MWI therefore breached the implied warranty of merchantability, including, but not limited to, because the Scour Bos 9 was not fit for the ordinary purposes for which such goods are used.

80. As a direct and proximate cause of MWI's breaches of the implied warranty of merchantability, Plaintiff has suffered compensatory damages in an amount exceeding the minimum jurisdictional amount of this court.

**COUNT X - BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE (MWI)**

81. Plaintiff restates, realleges, and reaffirms all allegations set forth in paragraphs 1 through 80 of this Verified Complaint immediately herein above, the same as if set forth herein at length.

82. Scours, or calf diarrhea, is a risk to young calves for which cows are vaccinated against.

83. MWI marketed and sold Scour Bos 9 as being fit for the purpose of vaccination against the risks of scours, and sold Scour Bos 9 for that purpose.

Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000016 of 000024

84. Plaintiff purchased Scour Bos 9 to vaccinate its Cattle and their anticipated future calves against scours.

85. MWI knew or had reason to know vaccination against scours was a particular purpose for which the goods are required, and that the Plaintiff was relying on MWI's skill or judgment to select or furnish suitable goods.

86. The Scour Bos 9 vaccine injections to Cattle were personally supervised by veterinarian Dr. Justin Murray, DVM.

87. Seventy-seven (77) cows among Cattle subsequently developed swelling and knots at the sites where they were injected with Scour Bos 9 vaccine.

88. After receiving the Scour Bos 9 vaccine injections, the Cattle subsequently had ten (10) calves that were either stillborn calves or that died shortly after birth.

89. The Scour Bos 9 that MWI sold to Plaintiff directly and proximately caused the knots in the Cattle and the deaths of their calves.

90. As a direct and proximate cause of MWI's breaches of warranty for fitness for a particular purpose, Plaintiff has suffered compensatory damages in an amount exceeding the minimum jurisdictional amount of this court.



Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000017 of 000024

**WHEREFORE**, the Plaintiff, Minerich Land & Cattle Company, LLC, prays as follows:

A. For judgment under Court I against Defendants, Elanco Animal Health Incorporated and Elanco US Inc., jointly and severally, for compensatory damages caused by their negligence;

B. For judgment under Court II against Defendants, Elanco Animal Health Incorporated and Elanco US Inc., jointly and severally, for compensatory damages for strict products liability;

C. For judgment under Court III against Defendants, Elanco Animal Health Incorporated and Elanco US Inc., jointly and severally, for compensatory damages for breach of express warranties;

D. For judgment under Court IV against Defendants, Elanco Animal Health Incorporated and Elanco US Inc., jointly and severally, for compensatory damages for breach of implied warranty of habitability;

E. For judgment under Court V against Defendants, Elanco Animal Health Incorporated and Elanco US Inc., jointly and severally, for compensatory damages for breach of implied warranty of fitness for a particular purpose;

F. For judgment under Court VI against Defendant, MWI Veterinary Supply Co. d/b/a MWI Animal Health, for compensatory damages caused by their negligence;



Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000018 of 000024

G. For judgment under Court VII against Defendant, MWI Veterinary Supply Co. d/b/a MWI Animal Health, for compensatory damages for strict products liability;

H. For judgment under Court VIII against Defendant, MWI Veterinary Supply Co. d/b/a MWI Animal Health, for compensatory damages for breach of express warranties;

I. For judgment under Court IX against Defendant, MWI Veterinary Supply Co. d/b/a MWI Animal Health, for compensatory damages for breach of implied warranty of habitability;

J. For judgment under Court X against Defendant, MWI Veterinary Supply Co. d/b/a MWI Animal Health, for compensatory damages for breach of implied warranty of fitness for a particular purpose;

K. For trial by jury; and

L. For any and all other relief to which Plaintiff may appear entitled.

Respectfully submitted,

HON. BRENDAN J. SHEVLIN
HELTON LAW OFFICE
432 West Main Street
P.O. Box 137
Danville, KY 40423-0137
(859) 236-4520 Phone
(859) 236-5650 FAX
brendan@theheltonlawoffice.com
*Attorney for Plaintiff*



Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000019 of 000024

**VERIFICATION**

I, Robert W. Minerich, as Manager for Minerich Land & Cattle Company, LLC, verify that the foregoing Complaint, and all statements contained therein, are true and correct to the best of my knowledge, information, and belief.

MINERICH LAND & CATTLE COMPANY, LLC

By: __________________________
Robert W. Minerich, Manager





Presiding Judge: HON. BRANDY O. BROWN (625387)

Package : 000020 of 000024

Filed 20-CI-00371 08/17/2020

MWI Animal Health
AmerisourceBergen

Remit Payment To:

MWI ANIMAL HEALTH
14659 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

Order: (800) 824-3703
Billing: (800) 896-8873
Online: www.mwiah.com

| DATE | PO NUMBER | INVOICE NUMBER |
|---|---|---|
| 08/21/19 | 7759116 20190820142640 | **19317486** |
| **DUE DATE** | **ORDER NUMBER** | **DEA NUMBER** |
| 09/10/19 | 27304702 | |
| **VENDOR REFERENCE** | **SOLD BY** | **CUSTOMER NUMBER** |
| | SUSAN NELSON | 225193 |
| | | **PAGE: 1 of 1** |

***Visit www.mwiah.com to access SDS materials***

**SOLD TO:**

MINERICH LAND AND CATTLE CO LL
HARDY DUNGAN DVM
2003 BARNES MILL RD
RICHMOND KY 40475-9738

**SHIP TO:**

MINERICH LAND AND CATTLE CO LL
HARDY DUNGAN DVM
2003 BARNES MILL RD
RICHMOND KY 40475-9738

**EXHIBIT**
tabbles
A

| SHIPPED | ITEM NO | G/L CODE | DESCRIPTION | PKG TYPE | VENDOR NAME | TAX | UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 009591 | | BLD COL TUBE 7CC RED NO | B100 | CARDL | Y | 20.96 | 20.96 |
| 3 | 019680 | | SCOUR BOS 9 50DS | 50DS | ELANC | Y | 179.71 | 539.13 |
| 1 | 019681 | | SCOUR BOS 9 10DS | 10DS | ELANC | Y | 36.96 | 36.96 |
| 3 | 001816 | | VISION 7 W/ SPUR 50DS | 50DS | MERCK | Y | 28.22 | 84.66 |
| 170 | 043406 | | DUAL FORCE FIRST DEFENSE GEL | 30ML | IMMUC | Y | 8.20 | 1,394.00 |

Items shipping separately

| Quantity | Item | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 011248 | | MU SE INJ 10.95MG 100ML | 100CC | | | | |
| 1 | 026739 | | DRAXXIN 100MG 500ML | 500CC | | | | |

**SHIPPED FROM:**

MWI Animal Health
3890 PERRY BLVD
WHITESTOWN IN 46075-8801

**SHIPPING TERMS:**

Standard Delivery
UPS Late Sort

| | |
|---|---|
| SUBTOTAL | 2,075.71 |
| SHIPPING | |
| TAX | 124.55 |
| TOTAL | 2,200.26 |

DMR344 Z

Thank you, we appreciate your business! You'll receive a monthly statement listing this invoice. If paying by invoice, please reference invoice numbers and amounts on your remittance. Note that invoices left unpaid by the due date will accrue finance charges of 1.5% per month (annual percentage rate = 18%) or the maximum lawful rate of the governing state (whichever is less). Shipments will be considered correct and non-returnable unless you notify us within 3 days of delivery. ©2015 MWI Veterinary Supply Co. (DBA MWI Animal Health, AnimalRx, Ivesco, Securos Surgical, Micro Technologies)

Presiding Judge: HON. BRANDY O. BROWN (625387)
Package : 000021 of 000024

Mark and Deidre Smith
2511 NE99th Place
Ankeny, IA 50021
Phone/FAX 515-965-1458
Mobile 515-229-5227
Grgenetics@aol.com

GRASSROOTS
Genetics and Consulting

Office:
13006 County Rd 4037
Holts Summit, MO 65043
David Smith
573-896-4550
FAX 573-896-4550

October 29, 2019

To Whom It May Concern:

I have been asked by Minerich Land and Cattle to appraise cattle listed below

In April of 2019, Bob Minerich asked me in my capacity of consultant for Minerich Land and Cattle to pick his best 50 replacements from the cowherd to keep as a nucleus for his purebred operation. I have been consulting with Minerich Land and Cattle on their genetics for over 25 years and after several weeks of work we arrived at a list of 54 and then 40 young replacement bred heifers to keep and use for the future.

This list contained registered Limousin and Lim-Flex females and the heart of the Minerich Wagyu program. All are the product of over 30 years of selection and mating on the part of Minerich Land and Cattle. These are young females in the prime of their life with generations of selection, management, and care. Minerich Land and Cattle have always practiced the best in vet care and management. They have also been very progressive in their genetics utilizing Artificial Insemination and Embryo Transplant along with selective purchase of bulls and syndicate shares in herd sires. Selection for growth and maternal performance along with convenience traits such as polled heads and sound udders has always been a practice at Minerich Land and Cattle.

I appraised the cattle at the value they would take to replace. Cattle were also appraised with the thought of a normal NALF guarantee. In other words, they would be purchased under the standard conditions of the North American Limousin Foundation. Cattle where not appraised individually but with the thought of what you would have to go buy on the average to acquire this quality, in age and genetic merit. I would think that this set of females would average $3500 on today's market. Young females, all with complete pedigree background and ready for work.

I am the owner and manager of Grassroots Genetics and Consulting and have been in the Limousin business for the last 39 years. We own a semen company and purchase and sell Limousin genetics for over 200 clients in 30 states and Canada. We also are the owners and brokers for Grassroots Insurance Associates, selling livestock mortality insurance in 20 Midwestern states. We annually work on over 50 Limousin auctions each year and have for the last 39 years.

If you would have any questions or would desire any other information, please don't hesitate to contact me.

Sincerely,

Mark A. Smith

Mark A. Smith

EXHIBIT
tabbles
B

Presiding Judge: HON. BRANDY O. BROWN (625387)

Package : 000022 of 000024

Town and Country Animal Services

Dr Justin Murray DVM

993 Ben Ali Dr

Danville, KY 40422

townandcountryvet@att.net

(859) 236-6020

To whom it concerns:

On September 28, 2019 I was called to Minerich Cattle Company to examine late term pregnant cows that were recently vaccinated with Elanco ScourBoss 9 and developed large knots secondary to the vaccine. The cows were vaccinated with the highest level of professionalism, new needles, proper shot placement, clean and dry cattle, correct needle length, proper handling of the vaccine. No other vaccines or medicine was given at this point. The total number of cows that were affected was somewhere between 70 and 80 head which was a high percentage of the total number vaccinated, the resulting knots ranged from baseball size to watermelon size. The cows with larger knots had significant lameness in the left shoulder and an inability to turn or lower their head. At this point the cows with the most significant knots were run through the chute and they were evaluated. Large portion were give excede and banamine. The cows with the large knots (great than baseball softball size) were tapped using sterile procedure where a creamy yellow fluid was found deep within the tissue. The fluid didn't have a smell. At this time several were lanced, drained, and flushed. Some of the knots drained a pint to a liter of fluid. The cows that were cut lanced and drained are in list below:

| | | | |
|---|---|---|---|
| • 8011- U | 4015-B | 7201-E | 2027-Z |
| • 4077-B | 2109-Z | 4125-B | 3013-A |
| • 5004-C | 1052-Y | 3061-A | 304-A |
| • 793-T | | | |

Follow up work was performed on September 30, 2019 and October 3, 2019. There were several cows that had calves that were born dead within this time period. Some of the cows that were lance did lose their calves but the majority of the cattle that lost their calves were not lanced and only received antibiotics/antiinflammatories or nothing at all. The numbers of the cows that lost their calves are:

| | | | |
|---|---|---|---|
| • 3024-A | 9672-G | 6349-D | *2027-Z* |
| • 6353-E | 7309-E | 6414-D | 7322-E |
| • *5004-C* | 9466-G | *(The starred numbers are ones that were cut open)* | |

EXHIBIT C

Presiding Judge: HON. BRANDY O. BROWN (625387)

On January 29, 2020, I was asked by the Elanco Company to go to the farm and do a follow up on the group of cows with the knots. Several of the cows have no visible signs. The lists of the cows below are the cows that had visible knots or scar tissue:

- 0093 *2027-Z* *2109-Z* *4015-B*
- 4006 *1052-Y* *4077-B* 1071
- 6323 7203 6399 *7201-E*

*(All the cows with the stars were cows that were cut and flushed)*

In My opinion Scour Boss 9 caused severe reaction in this group of cattle. The knots associated with this vaccine were well above normal reaction and at no point should it be acceptable for a sterile vaccine, when given in a proper manner, to cause such a huge reaction. If you have any questions or concerns please feel free to call.

Sincerely,

Dr Justin Murray DVM

Presiding Judge: HON. BRANDY O. BROWN (625387)

Package : 000024 of 000024

David M. Fernandez, Madison Circuit Clerk
P.O. Box 1243, 101 West Main Street
Richmond, KY 40475-0813

CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601

# KCOJ eFiling Cover Sheet

Case Number: 20-CI-00371

Envelope Number: 2687437

Package Retrieval Number: 268743718699914@00000131909

Service by: Certified Mail

Service Fee: $ 0.00

Postage Fee: $ 12.95

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Presiding Judge: HON. BRANDY O. BROWN (625387)

Package : 000001 of 000024

David Fernandez
101 W Main St Ste 227
Richmond Ky 40475

7020 0090 0001 3132 1391

US POSTAGE PITNEY BOWES
ZIP 40475 $ 008.20⁰
02 4W
0000371771 AUG 25 2020

RETURN RECEIPT
REQUESTED

Corporation Service Company
421 West Main St
Frankfort Ky 40601
20-CI-371