# EXHIBIT B

Org ID: 0485596

2020 Annual Report
Due June 30, 2020

State: KY Fee: $15.00
0485596

MINERICH LAND & CATTLE COMPANY, LLC

**Shaded items cannot be changed on this card.**

| | |
|---|---|
| **Principal Office** | 2003 BARNES MILL RD., RICHMOND KY 40475 |
| **Registered Agent** | ROBERT W. MINERICH, 2005 BARNES MILL RD., RICHMOND KY 40475 |

**List the names and addresses of all members / managers. All LLCs must list at least one (1) member / manager. Addresses default to principal office unless otherwise specified.**

| | |
|---|---|
| Manager | GWEN S MINERICH |
| Manager | ROBERT W MINERICH |

**The LLC is managed by manager(s).**

**Avoid a penalty fee of $100. File online at http://app.sos.ky.gov/arp/0485596 OR sign and return the required $15.00 filing fee no later than June 30, 2020.**

I hereby certify that I am authorized to submit this annual report, and I declare under penalty of perjury under the laws of Kentucky that the forgoing is true and correct as of today.

X Gwen Minerich — Signature of member or manager (Required)

Manager — Title (Required)

3-3-20 — Date (Required)